United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, et al.,<br><br>        Plaintiff(s),<br>  v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant(s). | NO. C 04-02927 JW<br><br>**ORDER SCHEDULING FURTHER CLAIMS PROCEEDINGS** |

The Court, having determined that further claims construction proceedings with respect to the patents-at-issue is necessary, schedules a further claims hearing on Thursday, June 23 from 9 a.m. until 2 p.m. Instead of presentations in open court, the proceedings will be conducted in round table fashion, off the record.

Dated: May 31, 2005

04eciv2927furtherclaims

/s/ James Ware
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Christopher P. Isaac chris.isaac@finnegan.com
   Elaine Y. Chow echow@prestongates.com
3  Jeffrey A. Berkowitz jeffrey.berkowitz@finnegan.com
   Lionel M. Lavenue lionel.lavenue@finnegan.com
4  Michael J. Bettinger mikeb@prestongates.com
   Myra Pasek myrap@prestongates.com
5  Patrick J. Coyne patrick.coyne@finnegan.com
   Robert F. McCauley robert.mccauley@finnegan.com
6  Timothy P. Walker timothyw@prestongates.com

9  **Dated: May 31, 2005**                                    **Richard W. Wieking, Clerk**

11                                                            **By:/jwchambers/**
                                                              **Ronald L. Davis**
                                                              **Courtroom Deputy**