***E-FILED ON 5/31/05*** 

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL, INC., | No. C04-02927 JW (HRL)<br>No. C04-02928 JW (HRL) |
| Plaintiffs, | **INTERIM ORDER RE MICROSOFT'S "MOTION FOR AN ORDER ESTABLISHING THE SEQUENCE OF DISCOVERY"** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

IT IS ORDERED that in connection with Microsoft's pending "Motion For an Order Establishing the Sequence of Discovery," the parties shall – in addition to complying with all requirements under the Federal Rules, Civil Local Rules and Standing Orders of the court – do the following:

1.  Lead counsel shall personally meet/confer with one another on the disputed issues. Counsel shall do so in good faith and must confer directly (i.e., either in person or via teleconference).

2.  **No later than June 10, 2005**, lead counsel shall file declarations (a) certifying that they have personally conferred with opposing counsel in good faith for the purpose of attempting to resolve all disputed issues, and (b) detailing the negotiations and the outcome; and

3.  Lead counsel shall personally appear at hearings (either in person, or by telephone with leave of the court) to argue the motion before the court.

Dated: May 31, 2005

      /s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:04-cv-2927 Notice will be electronically mailed to:

Jeffrey A. Berkowitz     jeffrey.berkowitz@finnegan.com, Ashley.cheung@finnegan.com

Michael J. Bettinger     mikeb@prestongates.com, perryb@prestongates.com;catherinep@prestongates.com;dinaf@prestongates.com

Elaine Y. Chow     echow@prestongates.com, perryb@prestongates.com;catherinep@prestongates.com

Patrick J. Coyne     patrick.coyne@finnegan.com,

Christopher P. Isaac     chris.isaac@finnegan.com, jeffrey.totten@finnegan.com

Lionel M. Lavenue     lionel.lavenue@finnegan.com,

Robert F. McCauley     robert.mccauley@finnegan.com, jay.nelson@finnegan.com;dawn.salazar@finnegan.com;laurie.hupman@finnegan.com;thuy.luu@finnegan.com;molly.melcher@finnegan.com

Myra Pasek     myrap@prestongates.com, krabine@microsoft.com;isabelfu@microsoft.com

Timothy P. Walker     timothyw@prestongates.com

5:04-cv-2928 Notice will be electronically mailed to:

Gregory S. Arovas     garovas@kirkland.com

Jeffrey A. Berkowitz     jeffrey.berkowitz@finnegan.com, Ashley.cheung@finnegan.com

Michael J. Bettinger     mikeb@prestongates.com, perryb@prestongates.com;catherinep@prestongates.com;dinaf@prestongates.com

Elaine Y. Chow     echow@prestongates.com, perryb@prestongates.com;catherinep@prestongates.com

Patrick J. Coyne     patrick.coyne@finnegan.com,

John M. Desmarais     jdesmarais@kirkland.com

Zachariah Allen Higgins     zhiggins@kirkland.com, fcarlow@kirkland.com

Katherine Ford Horvath     khorvath@microsoft.com

Christopher P. Isaac     chris.isaac@finnegan.com, jeffrey.totten@finnegan.com

Eric R. Lamison     elamison@kirkland.com, wadams@kirkland.com;llind@kirkland.com

Robert F. McCauley     robert.mccauley@finnegan.com, jay.nelson@finnegan.com;dawn.salazar@finnegan.com;laurie.hupman@finnegan.com;thuy.luu@finnegan.com;molly.melcher@finnegan.com

John D. Vandenberg     john.vandenberg@klarquist.com, elizabeth.super@klarquist.com;carrie.fry@klarquist.com

1   Timothy P. Walker    timothyw@prestongates.com

2   Counsel are responsible for distributing copies of this document to co-counsel who have not registered
    for e-filing under the court's CM/ECF program.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28