IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLGOIES, LLC, et al., | NO. C 04-02927 JW |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant(s). | |

The case management conference scheduled for June 6, 2005 is vacated. The Court will schedule a further case management conference at the conclusion of the June 23, 2005 claims proceeding.

Dated: June 1, 2005

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher P. Isaac chris.isaac@finnegan.com
Elaine Y. Chow echow@prestongates.com
Jeffrey A. Berkowitz jeffrey.berkowitz@finnegan.com
Lionel M. Lavenue lionel.lavenue@finnegan.com
Michael J. Bettinger mikeb@prestongates.com
Myra Pasek myrap@prestongates.com
Patrick J. Coyne patrick.coyne@finnegan.com
Robert F. McCauley robert.mccauley@finnegan.com
Timothy P. Walker timothyw@prestongates.com

**Dated: June 1, 2005**                                             **Richard W. Wieking, Clerk**

                                                                    **By:/jwchambers/**
                                                                        **Ronald L. Davis**
                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California