1  [COUNSEL LISTED ON SIGNATURE PAGE]

***E-FILED ON 6/8/05***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant.<br><br>AND RELATED CASE | CASE NO. C 04-2927 JW (HRL)<br>CASE NO. C 04-2928 JW (HRL)<br><br>**STIPULATION TO CONTINUE HEARING ON MICROSOFT'S MOTION FOR AN ORDER ESTABLISHING THE SEQUENCE OF DISCOVERY; [PROPOSED] ORDER** |

1  Defendant Microsoft Corporation's Motion for an Order Establishing the Sequence of
2  Discovery in these related cases is set for Tuesday, June 14, 2005, at 10:00 a.m.  The parties are
3  meeting and conferring regarding said motion and additional time may assist them in resolving their
4  differences.  In addition, counsel for Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle
5  Corporation, and BTG International Inc., has requested a short continuance of the hearing date to
6  facilitate a family vacation, and the next date available to the parties and the Court is July 5, 2005.
7  Accordingly, the parties hereby stipulate that, with the Court's permission, the hearing on
8  Microsoft Corporation's motion be continued three weeks from June 14, 2005, to July 5, 2005, at
9  10:00 a.m.
10  By his signature below, counsel for Plaintiffs swears under penalty of perjury that counsel for
11  Defendants concurred in the filing of this document.

12  Dated: June 7, 2005                                                      Dated: June 7, 2005

14  By:   s/                                                                          By:   s/
    Robert F. McCauley, (State Bar No. 162056)      Michael J. Bettinger (State Bar No. 122196)
15  Robert.mccauley@finnegan.com                          mikeb@prestongates.com
    FINNEGAN, HENDERSON, FARABOW,            Timothy P. Walker (State Bar No. 105001)
16    GARRETT & DUNNER, L.L.P.                          timothyw@prestongates.com
    Stanford Research Park                                         Elaine Y. Chow (State Bar No. 194063)
17  700 Hansen Way                                                    echow@prestongates.com
    Palo Alto, California  94304                                  PRESTON GATES & ELLIS LLP
18  Telephone:  (650) 849-6600                                55 Second Street, Suite 1700
    Facsimile:  (650) 849-6666                                  San Francisco, CA 94105
19                                                                                   Telephone:  (415) 882-8200
    Attorneys for Plaintiffs                                           Facsimile:  (415) 882-8220
20  TELESHUTTLE TECHNOLOGIES, LLC,
    TELESHUTTLE CORPORATION, and             Attorneys for Defendant
21  BTG INTERNATIONAL INC.                                 MICROSOFT CORPORATION

STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER
CASE NOS: C 04-2927 AND C 04-2928 JW (HRL)

1

Dated: June 7, 2005

By: ___s/_____
Eric R. Lamison (State Bar No. 178262)
elamison@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500

Attorneys for Defendant
APPLE COMPUTER, INC.

## [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT Defendant Microsoft Corporation's Motion for an Order Establishing the Sequence of Discovery in these related cases is continued until Tuesday, July 5, 2005, at 10:00 a.m.

Date:  June 8, 2005

/s/ Howard R. Lloyd
The Honorable Howard R. Lloyd
United States Magistrate Judge