MICHAEL J. BETTINGER (STATE BAR NO. 122196)
TIMOTHY P. WALKER (STATE BAR NO. 105001)
MYRA J. PASEK (STATE BAR NO. 151185
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Fax: (415) 882-8220

JOHN D. VANDENBERG
KLARQUIST SPARKMAN, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon St.
Portland, OR 97204-2988
Phone: (503) 226-7391
Fax: (503) 228-9446

KATHERINE FORD HORVATH (STATE BAR NO. 213098)
MICROSOFT CORPORATION
One Microsoft Way
Building 8
Redmond, WA 98052-6399
Phone: (425) 882-8080
Fax: (425) 869-1327

Attorneys for Defendant
MICROSOFT CORPORATION

**E-FILED ON 6/28/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC.,<br><br>    Plaintiffs and counter-defendants,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant and counterclaimant.<br><br>AND RELATED CASE. | Case Nos. C04-2927 JW (HRL)<br>C04-2928 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO TAKE PENDING DISCOVERY MOTIONS OFF CALENDAR WITHOUT PREJUDICE** |

Following additional efforts to meet and confer, the parties, plaintiffs Teleshuttle Technologies, LLC, Teleshuttle Corporation and BTG International Inc., and defendant Microsoft Corporation, hereby stipulate that plaintiffs' **Motion to Compel Entry of a Protective Order and to Compel Responses to Discovery Requests and Production of Documents** (to the extent not yet decided by the Court) and defendant Microsoft's **Motion for an Order Establishing the Sequence of Discovery**, currently set for hearing on July 5, 2005, shall both be taken off calendar without prejudice.

DATED: June 27, 2005.                    PRESTON GATES & ELLIS LLP


By    /s/
    MICHAEL J. BETTINGER (State Bar No. 122196)
    TIMOTHY P. WALKER (State Bar No. 105001)
    Preston Gates & Ellis LLP
    55 Second St. #1700
    San Francisco, CA  94105
    Phone:  (415) 882-8200
    Fax:  (415) 882-8220


Attorneys for Defendant
MICROSOFT CORPORATION


DATED: June 27, 2005.                    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP


By:    /s/
    ROBERT F. MCCAULEY (State Bar No. 162056)
    FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
    Stanford Research Park
    700 Hansen Way
    Palo Alto, CA  94304
    Phone:  (650) 849-6600
    Fax:  (650) 849-6666

    CHRISTOPHER P. ISAAC
    JEFFREY A. BERKOWITZ

1
2
3
4
5
6
7
8

PATRICK J. COYNE
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Attorneys for Plaintiffs
TELESHUTTLE TECHNOLOGIES, LLC,
TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC.

IT IS SO ORDERED:

9
10
11
12

Dated: _____June 28_, 2005

  /s/Howard R. Lloyd_____
Howard R. Lloyd
United States Magistrate Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND xxxxxxxxx ORDER TO TAKE        -3-                PRINTED ON RECYCLED PAPER
PENDING DISCOVERY MOTIONS OFF CALENDAR

Case Nos.:C04-2927 JW (HRL); C04-2928 JW (HRL)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael J. Bettinger, attest that concurrence in the filing of this document has been obtained from counsel for plaintiffs. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of June 2005 at San Francisco, California.

/s/
Michael J. Bettinger