1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
2  ELAINE Y. CHOW (STATE BAR NO. 194063)
   PRESTON GATES & ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Phone: (415) 882-8200
   Fax: (415) 882-8220
5
6  JOHN D. VANDENBERG
   KLARQUIST SPARKMAN, LLP
7  One World Trade Center, Suite 1600
   121 S.W. Salmon St.
8  Portland, OR 97204-2988
   Phone: (503) 226-7391
9  Fax: (503) 228-9446

10 KATHERINE FORD HORVATH (STATE BAR NO. 213098)
   MICROSOFT CORPORATION
11 One Microsoft Way
   Building 8
12 Redmond, WA 98052-6399
   Phone: (425) 882-8080
13 Fax: (425) 869-1327

14 Attorneys for Defendant
   MICROSOFT CORPORATION

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC.,<br><br>Plaintiffs and counter-defendants,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant and counterclaimant.<br><br>AND RELATED ACTION. | Case No. C 04-2927 JW (HRL)<br><br>**MICROSOFT'S UNOPPOSED REQUEST AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF TO FILE A SUPPLEMENTAL *MARKMAN* BRIEF ADDRESSING THE FEDERAL CIRCUIT'S RECENT *EN BANC* DECISION *PHILLIPS*** |

MICROSOFT'S UNOPPOSED REQUEST AND [PROPOSED]
ORDER FOR ADMINISTRATIVE RELIEF TO FILE A
SUPPLEMENTAL *MARKMAN* BRIEF ADDRESSING
THE FEDERAL CIRCUIT'S RECENT *EN BANC*
DECISION *PHILLIPS*
Case No.: C 04-2927 JW (HRL)

PRINTED ON RECYCLED PAPER

Pursuant to Local Rule 7-11, defendant Microsoft Corporation ("Microsoft") respectfully requests leave to file a supplemental *Markman* brief addressing the Federal Circuit's recent *en banc* decision in *Phillips v AWH Corp*., Nos. 03-1260, 1286 (Fed. Cir. July 12, 2005). Counsel for Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle Corporation and BTG International, Inc. (collectively, "BTG") do not oppose Microsoft's request, but simply request an opportunity to respond if appropriate.

The parties have briefed and, on two occasions, argued claim construction issues for the disputed terms and phrases of the nine independent apparatus claims of U.S. Patent Nos. 6,125,388, 6,658,464 and 6,611,862. The Court plans to set a third hearing to address the impact of Figure 5 on claim construction issues, and the remaining terms and phrases in dispute. The claim construction proceeding remains open, and pending before the Court.

The Federal Circuit on July 12, 2005 issued its long-awaited decision in the *Phillips* case, clarifying the legal principles that guide claim construction. In particular, the *en banc* decision rejects the methodology in *Texas Digital Systems, Inc. v Telegenix, Inc.,* 308 F.3d 1193 (Fed. Cir. 2003) and its progeny that greater emphasis be assigned to dictionary definitions than the written specification and prosecution history. Instead, *Phillips* reaffirms the approach to claim construction set forth in *Vitronics v. Conceptronic, Inc.,* 90 F.3d 1576 (Fed. Cir. 1996) and reiterates that the specification is "the single best guide to the meaning of a disputed term," Slip Op. at 24. *Phillips* further provides that "[p]roperly viewed, the 'ordinary meaning' of a claim term is its meaning to the ordinary artisan after reading the entire patent." *Id.* at 25.

Microsoft respectfully requests leave to file a supplemental *Markman* brief applying the reasoning of *Phillips* to the disputed terms and phrases currently pending before the Court.

MICROSOFT'S UNOPPOSED REQUEST AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF TO FILE A SUPPLEMENTAL *MARKMAN* BRIEF ADDRESSING THE FEDERAL CIRCUIT'S RECENT *EN BANC* DECISION *PHILLIPS*
Case No.: C 04-2927 JW (HRL)

-1-

PRINTED ON RECYCLED PAPER

Microsoft proposes filing an opening supplemental *Markman* brief of no more than 15 pages, on or before July 22, 2005. Microsoft proposes that BTG file a response supplemental *Markman* brief, if any, of no more than 15 pages, on or before July 29, 2005.

DATED: July 15, 2005

Respectfully submitted,

PRESTON GATES & ELLIS LLP

By ___/s/ Michael J. Bettinger___
    Michael J. Bettinger
    Attorneys for Defendant
    MICROSOFT CORPORATION

**ORDER**

GOOD CAUSE APPEARING, the unopposed Administrative Request of Microsoft Corporation is hereby GRANTED.

Defendant, Microsoft shall file its opening supplemental *Markman* brief, limited to 15 pages, on or before July 22, 2005.

Plaintiff, BTG shall file its response supplemental *Markman* brief, if any, limited to 15 pages, on or before July 29, 2005.

Dated: July 20, 2005

/s/ James Ware
United States District Judge

MICROSOFT'S UNOPPOSED REQUEST AND [PROPOSED]
ORDER FOR ADMINISTRATIVE RELIEF TO FILE A
SUPPLEMENTAL *MARKMAN* BRIEF ADDRESSING
THE FEDERAL CIRCUIT'S RECENT *EN BANC*
DECISION *PHILLIPS*
Case No.: C 04-2927 JW (HRL)

-2-

PRINTED ON RECYCLED PAPER