1    [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   | TELESHUTTLE TECHNOLOGIES, LLC, | CASE NO. C 04-2927 JW HRL |
     | TELESHUTTLE CORPORATION, and | |
     | BTG INTERNATIONAL INC., | **STIPULATION REGARDING** |
13   | | **BRIEFING SCHEDULE FOR** |
     | Plaintiffs, Counter-Defendants, | *PHILLIPS* **DECISION; [~~PROPOSED~~]** |
14   | | **ORDER** |
     | v. | |
15   | | |
     | MICROSOFT CORPORATION, | |
16   | | |
     | Defendant, Counterclaimant. | |
17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International,

2  Inc, and Defendant Microsoft Corporation, through their counsel of record, hereby stipulate that,

3  with the Court's permission, Plaintiffs may have two weeks to file a response to Microsoft's brief

4  regarding the Federal Circuit's decision in *Phillips v. AWH Corp.,* Nos. 03-1260, 1286 (July 12,

5  2005).  Given that Microsoft's brief is due on July 22, 2005, that would provide Plaintiffs until

6  **August 5, 2005.**

7    On July 15, 2005, Microsoft filed its unopposed motion for administrative relief seeking

8  permission to file a brief of up to fifteen pages regarding the *Phillips* decision.  Plaintiffs had

9  previously advised that, in principle, they would not oppose such a request provided they were given

10 an opportunity to file a responsive brief on *Phillips.*  However, the parties had not discussed a

11 deadline for Plaintiffs' responsive brief.  Because of a pre-existing planned vacation by Plaintiffs'

12 counsel, and because of Microsoft's counsel's agreement to an extension, Plaintiffs respectfully

13 request that they be provided two weeks to respond to Microsoft's brief on the *Phillips* decision.

14    By his signature below, counsel for plaintiffs affirms that counsel for Microsoft concurred in

15 the filing of this document.

16

| Dated:  July 21, 2005 | Dated: July 21, 2005 |
|---|---|
| By:____s/_____ | By:____s/_____ |
| Robert F. McCauley, (State Bar No. 162056) | Michael J. Bettinger (State Bar No. 122196) |
| FINNEGAN, HENDERSON, FARABOW, | Timothy P. Walker (State Bar No. 105001) |
|   GARRETT & DUNNER, L.L.P. | Elaine Y. Chow (State Bar No. 194063) |
| Stanford Research Park | PRESTON GATES & ELLIS LLP |
| 700 Hansen Way | 55 Second Street, Suite 1700 |
| Palo Alto, California  94304 | San Francisco, CA 94105 |
| Telephone:  (650) 849-6600 | Telephone:  (415) 882-8200 |
| Facsimile:  (650) 849-6666 | Facsimile:  (415) 882-8220 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| TELESHUTTLE TECHNOLOGIES, LLC, | MICROSOFT CORPORATION |
| TELESHUTTLE CORPORATION, and | |
| BTG INTERNATIONAL INC. | |

**[PROPOSED] ORDER**

   PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY

ORDERED THAT Plaintiffs may have until August 5, 2005, to file a response to Microsoft's brief

on the *Phillips* decision.

Date:  July 22, 2005                         /s/ James Ware

                                             The Honorable James Ware
                                             United States District Judge

STIPULATION REGARDING BRIEFING SCHEDULE
CASE NO: C 04-2927 JW HRL