1   [COUNSEL LISTED ON SIGNATURE PAGES]



IT IS SO ORDERED

Judge James Ware

8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10      SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC,<br>TELESHUTTLE CORPORATION, and<br>BTG INTERNATIONAL INC.,<br><br>    Plaintiffs, Counter-Defendants,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant, Counterclaimant. | CASE NO. C 04-2927 JW HRL<br><br>**STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE RE *PHILLIPS* DECISION; [~~PROPOSED~~] ORDER** |

1    Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International,

2   Inc, and Defendant Microsoft Corporation, through their counsel of record, hereby stipulate that,

3   with the Court's permission, Plaintiffs may have two additional court days, **until Tuesday, August**

4   **9, 2005,** to file a response to Microsoft's brief regarding the Federal Circuit's decision in *Phillips v.*

5   *AWH Corp.,* Nos. 03-1260, 1286 (July 12, 2005).  Plaintiffs request this extension because the

6   attorney preparing said response has taken ill, and Microsoft has no objection to the extension.

7    By his signature below, counsel for Plaintiffs affirms under penalty of perjury that counsel

8   for Microsoft concurred in the filing of this document.

9

| | |
|---|---|
| Dated:  August 5, 2005 | Dated:  Augbust 5, 2005 |
| By:___s/_____ | By:___s/_____ |
| Robert F. McCauley, (State Bar No. 162056) | Michael J. Bettinger (State Bar No. 122196) |
| FINNEGAN, HENDERSON, FARABOW, | Timothy P. Walker (State Bar No. 105001) |
| GARRETT & DUNNER, L.L.P. | Elaine Y. Chow (State Bar No. 194063) |
| Stanford Research Park | PRESTON GATES & ELLIS LLP |
| 700 Hansen Way | 55 Second Street, Suite 1700 |
| Palo Alto, California  94304 | San Francisco, CA 94105 |
| Telephone:  (650) 849-6600 | Telephone:  (415) 882-8200 |
| Facsimile:  (650) 849-6666 | Facsimile:  (415) 882-8220 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| TELESHUTTLE TECHNOLOGIES, LLC, | MICROSOFT CORPORATION |
| TELESHUTTLE CORPORATION, and | |
| BTG INTERNATIONAL INC. | |

**[PROPOSED] ORDER**

  PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY

ORDERED THAT Plaintiffs may have until August 9, 2005, to file a response to Microsoft's brief

on the *Phillips* decision.

Date: 8/5/05 _____         /s/ James Ware _____
                                The Honorable James Ware
                                United States District Judge

STIPULATION REGARDING BRIEFING SCHEDULE
CASE NO: C 04-2927 JW HRL