IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Teleshuttle Technologies, L.L.C., et al., | NO. C 04-02927 JW |
| Plaintiffs, | |
| v. | **ORDER SCHEDULING FURTHER CLAIMS CONSTRUCTION PROCEEDINGS** |
| Microsoft Corporation, | |
| Defendant. | |
| _____ / | |

The Court, having determined that a further claims construction proceeding is necessary, schedules a claims construction hearing on Thursday, November 17, 2005 from 9:00 a.m. until 12:00 p.m. The proceedings will be conducted in round table fashion, off the record.

Dated: September 22, 2005           /s/ James Ware
04eciv2927cc                         JAMES WARE
                                     United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher P. Isaac chris.isaac@finnegan.com
Elaine Y. Chow echow@prestongates.com
Jeffrey A. Berkowitz jeffrey.berkowitz@finnegan.com
Lionel M. Lavenue lionel.lavenue@finnegan.com
Michael J. Bettinger mikeb@prestongates.com
Myra Pasek myrap@prestongates.com
Patrick J. Coyne patrick.coyne@finnegan.com
Robert F. McCauley robert.mccauley@finnegan.com
Samir N. Pandya samir.pandya@klarquist.com
Timothy P. Walker timothyw@prestongates.com

T. Andrew Culbert
Microsoft Corporation
One Microsoft Way
Building 8
Redmond, WA 98052

Dated: September 22, 2005                              **Richard W. Wieking, Clerk**

                                                       **By:__/s/ JW Chambers_____**
                                                       **Ronald L. Davis**
                                                       **Courtroom Deputy**