**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Teleshuttle Technologies, L.L.C., et al., | NO. C 04-02927 JW |
| Plaintiffs, | |
| v. | **ORDER RE: DIGITAL VIDEOTAPING OF CLAIM CONSTRUCTION HEARING** |
| Microsoft Corporation, | |
| Defendant. | |
| _____/ | |

    The Court will hold a Claim Construction Hearing on November 17, 2005 at 9:00 a.m.  An official transcript of the proceedings will be taken by the Court Reporter.  In addition, unless the Court orders otherwise, the Court Reporter will make a digital video of the proceedings.  Any party wishing a copy of the transcript or digital video may contact the Court Reporter.

Dated: November 14, 2005                                        /s/ James Ware
04eciv2927video                                                    JAMES WARE
                                                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher P. Isaac chris.isaac@finnegan.com
Elaine Y. Chow echow@prestongates.com
Jeffrey A. Berkowitz jeffrey.berkowitz@finnegan.com
Lionel M. Lavenue lionel.lavenue@finnegan.com
Michael J. Bettinger mikeb@prestongates.com
Myra  Pasek myrap@prestongates.com
Patrick J. Coyne patrick.coyne@finnegan.com
Robert F. McCauley robert.mccauley@finnegan.com
Samir N. Pandya samir.pandya@klarquist.com
Timothy P. Walker timothyw@prestongates.com

T. Andrew Culbert
Microsoft Corporation
One Microsoft Way
Building 8
Redmond,  WA 98052

**Dated: November 14, 2005**                              **Richard W. Wieking, Clerk**

                                                          **By:__/s/ JW Chambers_____**
                                                          **    Ronald L. Davis**
                                                          **    Courtroom Deputy**