1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   TIMOTHY P. WALKER (STATE BAR NO. 105001)
2  MYRA J. PASEK (STATE BAR NO. 151185)
   PRESTON GATES & ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Phone: (415) 882-8200
   Fax: (415) 882-8220
5

6  JOHN D. VANDENBERG
   KLARQUIST SPARKMAN, LLP
   One World Trade Center, Suite 1600          *E-FILED ON 12/6/05*
7  121 S.W. Salmon St.
   Portland, OR 97204-2988
8  Phone: (503) 226-7391
   Fax: (503) 228-9446
9

10 ANDREW CULBERT (ADMITTED PRO HAC VICE)
   MICROSOFT CORPORATION
11 One Microsoft Way
   Building 8
12 Redmond, WA 98052-6399
   Phone: (425) 882-8080
13 Fax: (425) 869-1327

14 Attorneys for Defendant
   MICROSOFT CORPORATION

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18

19 TELESHUTTLE TECHNOLOGIES, LLC,          Case No. C04-2927 JW (HRL)
   TELESHUTTLE CORPORATION, and BTG
20 INTERNATIONAL INC.                      **STIPULATION FOR CONTINUATION
                                           OF HEARING DATE RE MOTION TO
21         Plaintiffs and counter-defendants,   COMPEL PRODUCTION OF
                                           DOCUMENTS LISTED ON
22         v.                              TELESHUTTLE'S PRIVILEGE LOG;
                                           [PROPOSED] ORDER**
23 MICROSOFT CORPORATION,

24         Defendant and counterclaimant.

25 _____

26 AND RELATED CASE.

27

28

STIPULATION FOR CONTINUATION OF HEARING DATE    -1-           PRINTED ON RECYCLED PAPER
RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS LISTED ON
TELESHUTTLE'S PRIVILEGE LOG; [PROPOSED] ORDER
Case No.:C04-2927 JW (HRL)

1  Pursuant to Civil Local Rule 7-7(a), Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle
2  Corporation and BTG International, Inc., and Defendant Microsoft Corporation, through their
3  counsel of record, hereby stipulate that, with the Court's permission, the hearing date on the Motion
4  to Compel Production of Documents Listed on Teleshuttle's Privilege Log be continued four weeks,
5  until **January 31, 2006**.  The hearing is currently set for January 3, 2006.

6  By his signature below, counsel for Defendant affirms under penalty of perjury that counsel
7  for Plaintiffs concurred in the filing of this document.

DATED:  December 6, 2005.                    PRESTON GATES & ELLIS LLP


                                             By ____/s/ Michael J. Bettinger____
                                                MICHAEL J. BETTINGER (State Bar No. 122196)
                                                TIMOTHY P. WALKER (State Bar No. 105001)
                                                Preston Gates & Ellis LLP
                                                55 Second St. #1700
                                                San Francisco, CA  94105
                                                Phone:  (415) 882-8200
                                                Fax:  (415) 882-8220

                                                Attorneys for Defendant
                                                MICROSOFT CORPORATION


DATED:  December 6, 2005.                    FINNEGAN, HENDERSON, FARABOW, GARRETT &
                                             DUNNER, LLP


                                             By: ___/s/ Patrick J. Coyne_____
                                                PATRICK J. COYNE
                                                JEFFREY A. BERKOWITZ
                                                FINNEGAN, HENDERSON, FARABOW, GARRETT &
                                                DUNNER, LLP
                                                Two Freedom Square
                                                11955 Freedom Drive
                                                Reston, Virginia 20190
                                                Telephone: (571) 203-2700
                                                Facsimile: (202) 408-4400

                                                ROBERT F. MCCAULEY (State Bar No. 162056)
                                                FINNEGAN HENDERSON FARABOW GARRETT &
                                                DUNNER, LLP

Stanford Research Park
700 Hansen Way
Palo Alto, CA 94304
Phone: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs
TELESHUTTLE TECHNOLOGIES, LLC,
TELESHUTTLE CORPORATION, and BTG
INTERNATIONAL INC.

## X[PROPOSED] ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the hearing on the Motion to Compel Production of Documents Listed on Teleshuttle's Privilege Log be continued until January 31, 2006, 10:00 a.m. in Courtroom 2.

Dated:   December 6, 2005          /s/ Howard R. Lloyd
                                   Howard R. Lloyd
                                   United States Magistrate Judge

STIPULATION FOR CONTINUATION OF HEARING DATE          -3-                    PRINTED ON RECYCLED PAPER
RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS LISTED ON
TELESHUTTLE'S PRIVILEGE LOG; [XXXXXXXX] ORDER
Case No.:C04-2927 JW (HRL)