IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Teleshuttle Technologies, L.L.C.,<br><br>  Plaintiff,<br><br>  v.<br><br>Microsoft Corporation,<br><br>  Defendant. | NO. C 04-02927 JW<br><br>**ORDER DENYING PROPOSAL FOR BRIEFING THE EFFECTIVE FILING DATE ISSUE AS PART OF THE MARKMAN PROCESS** |

On November 23, 2005, Defendant Microsoft Corporation filed a Proposal for Briefing the Effective Filing Date Issue as Part of the Markman Process (Docket Item No. 154.) Upon review of the parties' papers, the Court does not find that further briefing on this issue is appropriate at this time. During the claim construction process, the Court is mindful of the parties' dispute regarding the effective filing dates of the patents-in-suit, and the Court's obligation to construe the claims as of their effective filing date. Should the Court later find that such briefing is necessary, the Court will direct the parties to so file.

Dated: January 4, 2006
04eciv2927addbrief

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher P. Isaac chris.isaac@finnegan.com
Elaine Y. Chow echow@prestongates.com
Jeffrey A. Berkowitz jeffrey.berkowitz@finnegan.com
Lionel M. Lavenue lionel.lavenue@finnegan.com
Michael J. Bettinger mikeb@prestongates.com
Myra Pasek myrap@prestongates.com
Patrick J. Coyne patrick.coyne@finnegan.com
Robert F. McCauley robert.mccauley@finnegan.com
Samir N. Pandya samir.pandya@klarquist.com
Timothy P. Walker timothyw@prestongates.com

T. Andrew Culbert
Microsoft Corporation
One Microsoft Way
Building 8
Redmond, WA 98052

**Dated: January 4, 2006**                              **Richard W. Wieking, Clerk**

                                                        **By:_/s/ JW Chambers_____**
                                                        **Melissa Peralta**
                                                        **Courtroom Deputy**