MICHAEL J. BETTINGER (State Bar No. 122196)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Fax: (415) 882-8220

Attorneys for Defendant
MICROSOFT CORPORATION

ERIC R. LAMISON (State Bar No. 178262)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104-1501
Phone: (415) 439-1400
Fax: (415) 439-1500

Attorneys for Defendant
APPLE COMPUTER, INC.

ROBERT F. MCCAULEY (State Bar No. 162056)
LILY LIM (State Bar No. 214536)
FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER, LLP
Stanford Research Park
700 Hansen Way
Palo Alto, CA  94304
Phone: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiff.
TELESHUTTLE TECHNOLOGIES, LLC
TELESHUTTLE CORPORATION, and BTG
INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION and APPLE COMPUTER, INC. <br><br> Defendants. <br><br> AND RELATED ACTION | Case Nos.: C04-2927 JW (HRL) <br>               C04-2928 JW (HRL) <br><br> **STIPULATION TO CONTINUE HEARING ON MICROSOFT'S MOTION FOR AN ORDER ESTABLISHING THE SEQUENCE OF DISCOVERY; [PROPOSED] ORDER** |

Defendant Microsoft's Motion for an Order Establishing the Sequence of Discovery is currently set for March 14, 2006, at 10:00 a.m. before the Honorable Howard R. Lloyd.  Due to a scheduling conflict, Plaintiffs have requested, and Defendants have stipulated, to continue the hearing on that motion, with the Court's permission, to May 2, 2006 at 10:00 a.m. pursuant to Civil

1 Local Rule 7-7(b).  Counsel for Microsoft attests that all undersigned counsel have concurred in the
2 filing of this document.

4 DATED:  March 13, 2006                          PRESTON GATES & ELLIS LLP

6                                                                     By _____/s/_____
7                                                                           MICHAEL J. BETTINGER
                                                                            Attorneys for Defendant
8                                                                             MICROSOFT CORPORATION

9 DATED:  March 13, 2006                          KIRKLAND & ELLIS LLP

11                                                                    By:_____/s/_____
                                                                            ERIC R. LAMISON
12                                                                          Attorneys for Defendant
                                                                            APPLE COMPUTER, INC.

14 DATED:  March 13, 2006                          FINNEGAN, HENDERSON, FARABOW, GARRETT &
                                                                 DUNNER, LLP

16                                                                    By: _____/s/_____
                                                                            ROBERT F. MCCAULEY
17                                                                          Attorneys for Plaintiffs
                                                                            TELESHUTTLE TECHNOLOGIES, LLC,
18                                                                          TELESHUTTLE CORPORATION, and BTG
                                                                            INTERNATIONAL INC.

21 IT IS SO ORDERED:

23 Dated:  ___March 13, 2006__                      _____
                                                                            United States Magistrate Judge
                                                                                 HOWARD R. LLOYD