1  MICHAEL J. BETTINGER (State Bar No. 122196)     ROBERT F. MCCAULEY (State Bar No. 162056)
2  PRESTON GATES & ELLIS LLP                       LILY LIM (State Bar No. 214536)
   55 Second Street, Suite 1700                     FINNEGAN HENDERSON FARABOW
3  San Francisco, CA 94105                           GARRETT & DUNNER, LLP
   Phone:  (415) 882-8200                          Stanford Research Park
4  Fax:  (415) 882-8220                            700 Hansen Way
                                                   Palo Alto, CA  94304
5  Attorneys for Defendant                         Phone:  (650) 849-6600
   MICROSOFT CORPORATION                           Fax:  (650) 849-6666
6
   ERIC R. LAMISON (State Bar No. 178262)          Attorneys for Plaintiff
7  KIRKLAND & ELLIS LLP                            TELESHUTTLE TECHNOLOGIES, LLC
   555 California Street                           TELESHUTTLE CORPORATION, and BTG
8  San Francisco, CA 94104-1501                    INTERNATIONAL INC.
   Phone:  (415) 439-1400
9  Fax:  (415) 439-1500

10 Attorneys for Defendant
   APPLE COMPUTER, INC.
11

12                        UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                             SAN JOSE DIVISION

15

16 TELESHUTTLE TECHNOLOGIES, LLC,          Case Nos.: C04-2927 JW (HRL)
   TELESHUTTLE CORPORATION, and BTG                  C04-2928 JW (HRL)
17 INTERNATIONAL INC.,

18                        Plaintiffs,       STIPULATION TO CONTINUE
                                            HEARING ON PLAINTIFFS' MOTION
19       v.                                 TO AMEND PRELIMINARY
                                            INFRINGEMENT CONTENTIONS;
20 MICROSOFT CORPORATION and APPLE          [PROPOSED] ORDER
   COMPUTER, INC.
21
                          Defendants.
22
   ────────────────────────────────
23 AND RELATED ACTION

24       Plaintiffs' Motion for Leave to Amend Preliminary Infringement Contentions is currently set

25 for April 10, 2006, at 10:00 a.m. before the Honorable James Ware.  Due to a scheduling conflict,

26 the parties have stipulated to continue the hearing on that motion with the Court's permission to

27

28

IT IS SO ORDERED

Judge James Ware

1  **May 1, 2006, at 9:00 a.m.,** pursuant to Civil Local Rule 7-7(a).  Counsel for Microsoft attests that

2  all undersigned counsel have concurred in the filing of this document.

3

4  DATED:  March 14, 2006                    PRESTON GATES & ELLIS LLP

5

6                                            By _____/s/_____

7                                                MICHAEL J. BETTINGER
                                                 Attorneys for Defendant
8                                                MICROSOFT CORPORATION

9  DATED:  March 14, 2006                    KIRKLAND & ELLIS LLP

10

11                                           By: _____/s/_____

12                                               ERIC R. LAMISON
                                                 Attorneys for Defendant
                                                 APPLE COMPUTER, INC.
13
   DATED:  March 14, 2006                    FINNEGAN, HENDERSON, FARABOW, GARRETT &
14                                           DUNNER, LLP

15

16                                           By: _____/s/_____

17                                               ROBERT F. MCCAULEY
                                                 Attorneys for Plaintiffs
18                                               TELESHUTTLE TECHNOLOGIES, LLC,
                                                 TELESHUTTLE CORPORATION, and BTG
19                                               INTERNATIONAL INC.

20

21  IT IS SO ORDERED:

22  Dated:  March 17, 2006                   _____
23         _____                  United States District Judge
24

25

26

27

28