| | |
|---|---|
| MICHAEL J. BETTINGER (BAR NO. 122196)<br>PRESTON GATES & ELLIS LLP<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105<br>Phone:  (415) 882-8200<br>Fax:  (415) 882-8220<br><br>Attorneys for Defendant<br>MICROSOFT CORPORATION | ROBERT F. MCCAULEY (BAR NO. 162056)<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Phone:  (650) 849-6600<br>Fax:  (650) 849-6666<br><br>Attorneys for Plaintiffs<br>TELESHUTTLE TECHNOLOGIES, LLC<br>TELESHUTTLE CORPORATION, and BTG<br>INTERNATIONAL, INC.<br><br>D. PETER HARVEY (BAR NO. 55712)<br>HARVEY SISKIND LLP<br>Four Embarcadero Center, 39th Floor<br>San Francisco, CA 94111<br>Phone: (415) 354-0100<br>Fax: (415) 391-7124<br><br>Attorneys for Plaintiff<br>TWINTECH E.U., LIMITED LIABILITY<br>COMPANY |

*IT IS SO ORDERED*

*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| TELESHUTTLE TECHNOLOGIES, LLC,<br>TELESHUTTLE CORPORATION, and BTG<br>INTERNATIONAL INC.,<br><br>             Plaintiffs, counter-defendants,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>             Defendant, counterclaimant. | Case No.: C04-2927 JW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER JOINING TWINTECH E.U.,**<br>**LIMITED LIABILITY COMPANY,**<br>**PURSUANT TO RULE 25(C) OF THE**<br>**FEDERAL RULES OF CIVIL**<br>**PROCEDURE** |

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, and in light of certain transfers of interest by current Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International Inc. to TwinTech E.U., Limited Liability Company, the parties to this action stipulate to the joinder of TwinTech E.U., Limited Liability Company, as plaintiff and counter-claim defendant in this action.

DATED: March 31, 2006　　　　　　　　　　PRESTON GATES & ELLIS LLP

By _____/s/_____
　　Michael J. Bettinger
　　Attorneys for Defendant and Counterclaimant
　　MICROSOFT CORPORATION

DATED: March 31, 2006　　　　　　　　　　FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By _____/s/_____
　　Robert F. McCauley
　　Attorneys for Plaintiffs
　　TELESHUTTLE TECHNOLOGIES, LLC,
　　TELESHUTTLE CORPORATION, and BTG
　　INTERNATIONAL, INC.

DATED: March 31, 2006　　　　　　　　　　HARVEY SISKIND LLP

By _____/s/_____
　　D. Peter Harvey
　　Attorneys for Plaintiff
　　TwinTech E.U., Limited Liability Company

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: APRIL 7, 2006

_____
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael J. Bettinger, hereby declare under penalty of perjury under the laws of the United States that Peter Harvey, counsel for TwinTech E.U., Limited Liability Company, and Robert F. McCauley, counsel for Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International, Inc. concurred in the filing of this Stipulation and [Proposed] Order Joining TwinTech E.U., Limited Liability Company, Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure.

Executed March 31, 2006 in San Francisco, California.

_____/s/_____
Michael J. Bettinger