MICHAEL J. BETTINGER (BAR NO. 122196)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Fax: (415) 882-8220

Attorneys for Defendant
MICROSOFT CORPORATION

ROBERT F. MCCAULEY (BAR NO. 162056)
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304
Phone: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs
TELESHUTTLE TECHNOLOGIES, LLC
TELESHUTTLE CORPORATION, and BTG
INTERNATIONAL, INC.

D. PETER HARVEY (BAR NO.55712)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Phone: (415) 354-0100
Fax: (415) 391-7124

Attorneys for Plaintiff
TWINTECH E.U., LIMITED LIABILITY
COMPANY

*IT IS SO ORDERED*
*Judge James Ware*
(UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA seal)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TWINTECH E.U., LIMITED LIABILITY COMPANY, TELESHUTTLE TECHNOLOGIES, LLC, TELESHUTTLE CORPORATION, and BTG INTERNATIONAL INC.,<br><br>                Plaintiffs, counter-defendants<br><br>        v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant, counterclaimant. | Case No.: C04-2927 JW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE THIS ACTION AND ITS CLAIMS, PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE (MICROSOFT)** |

1  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all parties who have appeared in
2  this action hereby stipulate to the dismissal with prejudice of this action and all of the claims and
3  counterclaims asserted in this action  (including any claims asserted in this action by TwinTech E.U.,
4  Limited Liability Company and any claims previously asserted in this action by Plaintiffs Teleshuttle
5  Technologies, LLC, Teleshuttle Corporation, and BTG International Inc. (hereafter, referred to as
6  the "Teleshuttle Plaintiffs") against Microsoft Corporation, and any counterclaims asserted in this
7  action by Microsoft Corporation against TwinTech E.U., Limited Liability Company and the
8  Teleshuttle Plaintiffs).  Each party who has appeared in this action shall bear its own costs and fees
9  incurred in connection with this action and its claims.

| | |
|---|---|
| DATED:  March 31, 2006 | PRESTON GATES & ELLIS LLP |
| | By _____/s/_____<br>   Michael J. Bettinger<br>   Attorneys for Defendant and Counterclaimant<br>   MICROSOFT CORPORATION |
| DATED:  March 31, 2006 | FINNEGAN, HENDERSON, FARABOW, GARRETT&<br>DUNNER, LLP |
| | By _____/s/_____<br>   Robert F. McCauley<br>   Attorneys for Plaintiffs<br>   TELESHUTTLE TECHNOLOGIES, LLC,<br>   TELESHUTTLE CORPORATION, and BTG<br>   INTERNATIONAL, INC. |
| DATED:  March 31, 2006 | HARVEY SISKIND LLP |
| | By _____/s/_____<br>   D. Peter Harvey<br>   Attorneys for Plaintiff<br>   TwinTech E.U., Limited Liability Company |

**ORDER**

Now therefore, in light of the foregoing stipulation of all parties to this action and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED AS FOLLOWS:

1. All claims and counterclaims asserted in this action (including any claims asserted in this action by TwinTech E.U., Limited Liability Company and any claims previously asserted in this action by Plaintiffs Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International Inc. (hereafter, referred to as the "Teleshuttle Plaintiffs") against Microsoft Corporation, and any counterclaims asserted in this action by Microsoft Corporation against TwinTech E.U., Limited Liability Company and the Teleshuttle Plaintiffs) are dismissed with prejudice.

2. Each party who has appeared in this action shall bear its own costs and fees incurred in connection with this action and its claims.

3. This action is dismissed with prejudice.

Dated: APRIL 7, 2006

_____
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael J. Bettinger, hereby declare under penalty of perjury under the laws of the United States that D. Peter Harvey, counsel for TwinTech E.U., Limited Liability Company, and Robert F. McCauley, counsel for Teleshuttle Technologies, LLC, Teleshuttle Corporation, and BTG International, Inc., concurred in the filing of this Stipulation And [Proposed] Order Dismissing With Prejudice This Action And Its Claims, Pursuant To Rule 41 Of The Federal Rules Of Civil Procedure.

Executed March 31, 2006 in San Francisco, California.

_____/s/_____
Michael J. Bettinger